Phillip Talbert
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 510-970-4864
    Facsimile: (415) 744-0134
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| OSCAR ALCARAZ,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-01777-BAM<br><br>STIPULATION FOR AN EXTENSION OF TIME; ORDER |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file the certified administrative record (CAR), be extended thirty (30) days from July 5, 2022, up to and including August 4, 2022. This is the parties' first stipulation for an extension of the Court's Scheduling Order. Defendant requests this extension because in the process of reviewing the CAR, Defendant found an error necessitating an amendment to the CAR.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  June 27, 2022              /s/  Jeffrey R. Duarte*
                                   JEFFREY R. DUARTE
                                   Attorney for Plaintiff
                                   *as authorized via e-mail on June 27, 2022

Dated: June 27, 2022               Phillip Talbert
                                   United States Attorney
                                   PETER K. THOMPSON (HI 5890)
                                   Acting Regional Chief Counsel, Region IX
                                   Social Security Administration

                           By:     /s/  Mary Tsai
                                   MARY TSAI
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, Defendant shall have an extension, up to and including August 4, 2022, to file the certified administrative record.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:  **June 28, 2022**                    /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE